IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DIMITRI SHEIN, as father and guardian of J.S., M.M.S., and M.A.S (minors) and V.S.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA,<br><br>　　　　　　　Defendant | Case No. 3:22-cv-00227-JMK<br><br>**ORDER GRANTING DISMISSAL** |

At Docket 17 the parties filed a Stipulation of Dismissal seeking to dismiss the case with prejudice and with each side to bear its own costs and fees. The Court hereby GRANTS the Stipulation of Dismissal and **DISMISSES** the case **WITH PREJUDICE** and with each side to bear its own costs and fees. The Clerk of Court is directed to close the case.

IT IS SO ORDERED this 12th day of October 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　　United States District Judge